**1261** FEEK vs. TOWNSHIP BOARD OF BLOOMINGDALE, 82 M., 393 10 L. R. A., 69.

To compel the approval of a liquor bond under Act. No. 313, Laws of 1887, where proceedings had been had to prohibit

the sale of liquor in that county, under Act. No. 207, Laws of 1889, but it is insisted that the last named law is unconstitu-tional.

Denied October 10, 1890.